RECEIVED
NOV 16 2021
CLERK OF DISTRICT C·
SOUTHERN DISTRICT O    ·A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:21-cr-149 |
| v. | INDICTMENT |
| JOANN MARIE WILKERSON, and DUSTIN JAMES ORTIZ | T. 18 U.S.C. § 2<br>T. 18 U.S.C. § 371<br>T. 42 U.S.C. § 1320d-6 |
| Defendants. | |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Conspiracy to Wrongfully Obtain and Disclose Individually Identifiable Health Information)

1. That from on or about February 22, 2021, and continuing to on or about February 23, 2021, exact dates unknown, in the Southern District of Iowa, the defendants JOANN MARIE WILKERSON and DUSTIN JAMES ORTIZ together and with other persons known and unknown to the Grand Jury, knowingly and willfully conspired and agreed to commit the following offense against the United States: to knowingly and intentionally wrongfully obtain and disclose individually identifiable health information, in violation of Title 42, United States Code, Section 1320d-6(a)(2) and (3).

**Manner and Means of the Conspiracy**

2. The manner and means by which the objects of the conspiracy were accomplished included, but were not limited to the following:

3. It was a part of the conspiracy that Dustin James ORTIZ request Joann Marie WILKERSON obtain individually identifiable health information concerning M.S[1] in order that he could disclose it to another person.

4. It was part of the conspiracy that WILKERSON, at all times material hereto employed by the Veterans Affairs Medical Center (V.A.M.C.) in Des Moines, Iowa, obtain individually identifiable health information concerning M.S. that was maintained by V.A.M.C.

5. It was a part of the conspiracy that WILKERSON disclose the individually identifiable health information concerning M.S. to ORTIZ.

6. It was a part of the conspiracy that ORTIZ would obtain from WILKERSON the individually identifiable health information concerning M.S. and then disclose it to another person.

7. In so doing, WILKERSON acted under false pretenses, as set forth in 42 U.S.C. § 1320d-6(b)(2)

8. In so doing, ORTIZ acted under false pretenses, as set forth in 42 U.S.C. § 1320d-6(b)(2) and with intent to transfer and use individually identifiable health information for personal gain and malicious harm, under 42 U.S.C. § 1320d-6(b)(3).

**Overt Acts**

In furtherance of the conspiracy, and to affect the objects thereof, the defendants JOANN MARIE WILKERSON and DUSTIN JAMES ORTIZ committed

---

[1] Identity redacted but known to the grand jury.

and caused to be committed the following overt acts, among others, on or about the following dates in the Southern District of Iowa:

9. On or about February 22, 2021, WILKERSON, without authorization, obtained identifiable health information relating to M.S. maintained by the V.A.M.C. where WILKERSON was employed.

10. On or about February 22, 2021, WILKERSON, without authorization, provided the identifiable health information relating to M.S. that she had so obtained to ORTIZ.

11. On or about February 22, 2021, ORTIZ obtained without authorization the identifiable health information relating to M.S. so obtained from WILKERSON.

12. On or about February 23, 2021, ORTIZ disclosed without authorization the identifiable health information relating to M.S. to another person.

This is a violation of Title 18, United States Code, Section 371.

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 2**</u>
**(Wrongfully Obtained Individually Identifiable Health Information)**

On or about February 22, 2021, defendant JOANN MARIE WILKERSON knowingly and intentionally, without authorization, and under false pretenses obtained individually identifiable health information relating to M.S. which was maintained by a covered entity as defined in the HIPAA privacy regulation described in 42 U.S.C. 1320d-9(b)(3), that being V.A.M.C and aided and abetted same.

This is a violation of Title 42, United States Code, Section 1320d-6(a)(2), (b)(1), (2), and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 3**</u>
**(Wrongfully Disclosed Individually Identifiable Health Information)**

On or about February 22, 2021, defendant JOANN MARIE WILKERSON knowingly and intentionally, without authorization, and under false pretenses disclosed to ORTIZ individually identifiable health information relating to M.S. which was maintained by a covered entity as defined in the HIPAA privacy regulation described in 42 U.S.C. 1320d-9(b)(3), that being V.A.M.C and aided and abetted same.

This is a violation of Title 42, United States Code, Section 1320d-6(a)(2), (b)(1), (2), and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 4**</u>
**(Wrongfully Obtained Individually Identifiable Health Information)**

On or about February 22, 2021, defendant DUSTIN JAMES ORTIZ knowingly and intentionally, without authorization, and under false pretenses obtained individually identifiable health information relating to M.S. which was maintained by a covered entity as defined in the HIPAA privacy regulation described in 42 U.S.C. 1320d-9(b)(3), that being V.A.M.C and aided and abetted same, with intent to transfer and use individually identifiable health information for personal gain and malicious harm.

This is a violation of Title 42, United States Code, Section 1320d-6(a)(2), (b)(1), (2), (3) and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
### (Wrongfully Disclosed Individually Identifiable Health Information)

On or about February 23, 2021, defendant DUSTIN JAMES ORTIZ knowingly and intentionally, without authorization, and under false pretenses disclosed individually identifiable health information relating to M.S. which was maintained by a covered entity as defined in the HIPAA privacy regulation described in 42 U.S.C. 1320d-9(b)(3), that being V.A.M.C and aided and abetted same, with intent to transfer and use individually identifiable health information for personal gain and malicious harm.

This is a violation of Title 42, United States Code, Section 1320d-6(a)(2), (b)(1), (2), (3) and Title 18, United States Code, Section 2.

**A TRUE BILL.**

                                                                                                             _____
                                                                                                              FOREPERSON

Richard D. Westphal
Acting United States Attorney

By: _____
Debra L. Scorpiniti
Assistant United States Attorney